JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYFORD CHRISTIAN NORRIS,<br><br>Plaintiff,<br><br>v.<br><br>SHERIFFS DEPARTMENT STAN SNIFF, et al.,<br><br>Defendants. | Case No. CV 15-05093 JAK (RAO)<br><br>JUDGMENT |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: April 26, 2016

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE